| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| i-Tec Well Solutions, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-13-743 |
| | § | |
| Peak Completion Technologies, Inc., | § | |
| | § | |
| Defendant. | § | |

| Peak Completion Technologies, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-13-2045 |
| | § | |
| i-Tec Well Solutions, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-13-743. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action 13-743, *i-Tec Well Solutions, LLC v. Peak Completion Technologies, Inc.* Use only this style and number.

Signed on July 16, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge